# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NAACP MILWAUKEE BRANCH, SIERRA CLUB JOHN MUIR CHAPTER, and MILWAUKEE INNER-CITY CONGREGATIONS ALLIED FOR HOPE, | Case No. 17-CV-297-JPS |
| Plaintiffs, | |
| v. | |
| DAVE ROSS, WALTER C. WAIDELICH, MICHAEL DAVIES, FEDERAL HIGHWAY ADMINISTRATION, ELAINE L. CHAO, and U.S. DEPARTMENT OF TRANSPORTATION, | **ORDER** |
| Defendants. | |

This action was filed on March 1, 2017. (Docket #1). On March 9, 2017, Plaintiffs filed a motion to reassign this matter to District Judge Lynn Adelman, pursuant to Local Rule 3(b), because it is related to a lower case number currently before Judge Adelman. (Docket #5). That motion must be decided by Judge Adelman, and so this Court will await his decision before conducting a scheduling conference or taking any other action in this matter. On April 10, 2017, Defendants moved the Court to stay this action pending the outcome of the Wisconsin budget process, which may render Plaintiffs' claims moot. (Docket #14). Again, the Court concludes that it is not prudent to take substantive action in this case until Judge Adelman has decided the motion to reassign, and will therefore deny the motion to stay without prejudice, to be re-filed after the reassignment issue is addressed.

Accordingly,

**IT IS ORDERED** that Defendants' motion to stay (Docket #14) be and the same is hereby **DENIED without prejudice**.

Dated at Milwaukee, Wisconsin, this 14th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge