# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NAACP MILWAUKEE BRANCH, SIERRA CLUB JOHN MUIR CHAPTER, and MILWAUKEE INNER-CITY CONGREGATIONS ALLIED FOR HOPE,<br><br>Plaintiffs,<br>v.<br><br>DAVE ROSS, WALTER C. WAIDELICH, JR., MICHAEL DAVIES, FEDERAL HIGHWAY ADMINISTRATION, ELAINE L. CHAO, and U.S. DEPARTMENT OF TRANSPORTATION,<br><br>Defendants. | Case No. 17-CV-297-JPS<br><br>**ORDER** |

On October 12, 2017, the parties filed a joint stipulation of dismissal of this action without prejudice. (Docket #36). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #36) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 12th day of October, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge